BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-mj-00182-DAD |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING CHANGE OF PLEA AND SENTENCING |
| v. | |
| DAVID G. HAWKINS, | Date: July 24, 2013<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

It is hereby ordered that the court trial scheduled for July 24, 2013 at 9:00 a.m. be vacated. It is further ordered that a change of plea and sentencing be scheduled for August 27, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
hawkins0182.stipord.COP